UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: John H. Squires

Hearing Date: January 7, 2011

Bankruptcy Case No.: 10 B 08305

Adversary No.:

Title of Case: Thomas B. Griffith

Brief Statement of Motion: Hearing on Trustee's Final Report and applications for compensation

Names and Addresses of moving counsel:

Representing:

## ORDER

IT IS HEREBY ORDERED that Judge John H. Squires should recuse himself pursuant to 28 U.S.C. § 455(a) in this matter. IT IS FURTHER ORDERED that hearings before Judge Squires are concluded. This matter is set for status before Judge Carol A. Doyle on January 11, 2011 at 10:30 a.m. in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois 60604.

*/s/ John H. Squires*

6/11/99