UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GRIFFITH, THOMAS B. | § | Case No. 10-08305 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ (see **Exhibit 2**), yielded net receipts of $ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/DAVID R. BROWN_____
                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase 10790 Rancho Bernardo Rd San Diego, CA 92127 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National City Mortgage 4661 E Main St Columbus, OH 43213 | | | | | |
| | Pnc Bank 1 National City Pkwy Kalamazoo, MI 49009 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | H&F Law 33 North Lasalle Street Suite 1200 Chicago, IL 60602 | | | | | |
| | Heller and Frisone 33 N. LaSalle Street, Suite 1200 Chicago, IL 60602 | | | | | |
| | Wells Fargo Bank Nv Na Po Box 31557 Billings, MT 59107 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No: 10-08305 JHS Judge: JOHN H. SQUIRES  
Case Name: GRIFFITH, THOMAS B.  
For Period Ending: 05/24/12

Trustee Name: DAVID R. BROWN  
Date Filed (f) or Converted (c): 02/27/10 (f)  
341(a) Meeting Date: 04/27/10  
Claims Bar Date: 08/12/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located 5554 S. Bruner Street, Hinsdal | 348,500.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on Hand | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. Checking Account with National City | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. Savings Account with National City | 40.00 | 0.00 | DA | 0.00 | FA |
| 5. Miscellaneous used household goods and furnishings | 500.00 | 0.00 | DA | 0.00 | FA |
| 6. Books, Pictures, and CD's | 750.00 | 0.00 | DA | 0.00 | FA |
| 7. Wearing Apparel | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 8. Miscellaneous Costume Jewelry | 75.00 | 0.00 | DA | 0.00 | FA |
| 9. 401(k) / Retirement plan through employer - 100% e | 35,000.00 | 0.00 | DA | 0.00 | FA |
| 10. 20,000 Shares of ShoreGold (SGF) - Toronto Exchang | 17,800.00 | 17,500.00 | | 17,500.00 | FA |
| 11. 70,000 shares of WestCan Gold - (WGF) - stock symb | 7,700.00 | 7,500.00 | | 7,500.00 | FA |
| 12. Automobile - 1994 Porsche 911 Carrera - 93k in mil | 8,350.00 | 0.00 | DA | 0.00 | FA |
| 13. 2001 Crusiers Boat - Model 3470 | 51,900.00 | 0.00 | DA | 0.00 | FA |
| INT. POST-PETITION INTEREST DEPOSITS (u) | Unknown | N/A | | 14.74 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $473,615.00 $25,000.00 $25,014.74 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/09/10     Current Projected Date of Final Report (TFR): 11/09/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-08305 -JHS | Trustee Name: | DAVID R. BROWN |
| --- | --- | --- | --- |
| Case Name: | GRIFFITH, THOMAS B. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1333  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9101 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/03/10 | 10, 11 | THOMAS B. GRIFFITH<br>5554 S. BRUNER<br>HINSDALE, IL 60521 | | 1129-000 | 25,000.00 | | 25,000.00 |
| 05/28/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 1.65 | | 25,001.65 |
| 06/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 2.24 | | 25,003.89 |
| 07/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 2.14 | | 25,006.03 |
| 08/31/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 2.18 | | 25,008.21 |
| 09/30/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 2.04 | | 25,010.25 |
| 10/29/10 | INT | Union Bank | Interest Rate  0.100 | 1270-000 | 1.97 | | 25,012.22 |
| 11/30/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 1.16 | | 25,013.38 |
| 12/31/10 | INT | Union Bank | Interest Rate  0.050 | 1270-000 | 1.05 | | 25,014.43 |
| 01/24/11 | INT | Union Bank | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 25,014.74 |
| 01/24/11 | | Transfer to Acct #*******1341 | Final Posting Transfer | 9999-000 | | 25,014.74 | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 25,014.74 | 25,014.74 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 25,014.74 | |
| Subtotal | 25,014.74 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 25,014.74 | 0.00 | |

Page Subtotals    25,014.74    25,014.74

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-08305 -JHS | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|
| Case Name: | GRIFFITH, THOMAS B. | Bank Name: | Union Bank |
| | | Account Number / CD #: | *******1341 Checking Account |
| Taxpayer ID No: | *******9101 | | |
| For Period Ending: | 05/24/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/24/11 | | Transfer from Acct #*******1333 | Transfer In From MMA Account | 9999-000 | 25,014.74 | | 25,014.74 |
| 01/24/11 | 000101 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD SUITE 330 WHEATON, IL 60187 | Chapter 7 Compensation/Fees | 2100-000 | | 3,251.22 | 21,763.52 |
| 01/24/11 | 000102 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000001, Payment 69.33482% | 7100-000 | | 21,763.52 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 25,014.74 | 25,014.74 | 0.00 |
| Less: Bank Transfers/CD's | 25,014.74 | 0.00 | |
| Subtotal | 0.00 | 25,014.74 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 25,014.74 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******1333 | 25,014.74 | 0.00 | 0.00 |
| Checking Account - *******1341 | 0.00 | 25,014.74 | 0.00 |
| | 25,014.74 | 25,014.74 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  25,014.74  25,014.74

Ver: 16.06b